■ In the Matter of BRYON K. RUSS, SR., Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, et al., Respondents. [945 NYS2d 914]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered December 17, 2010 in a proceeding pursuant to CPLR article 78. The judgment denied and dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.